974

Núm. 38.—Montaner, Admor., recurrente, *v.* Comisión Indus-trial, etc., dmdada. y Fajardo Sugar Co. of P.R., patrono.—Origi-nal. Recurso de Revisión. Enero 13, 1939.

Por los motivos consignados en la opinión emitida en el día de hoy en el recurso de revisión núm. 37, *Ramón Montaner, etc., recu-rrente,* v. *Comisión Industrial de Puerto Rico, recurrida, y Antonio R. Matos et al., peticionarios ante la Comisión* (ante, pág. 55) se declara sin lugar el presente recurso de revisión.